379 A.2d 608

Commonwealth v. Santiago, Appellant.

Submitted December 6, 1976. James Michael Merberg, for appellant; Charles A. Achey, Jr., Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.